IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 23-cv-1076**

ROCKY MOUNTAIN GUN OWNERS, and
ALICIA GARCIA,

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

      Defendant.

---

## DECLARATION OF ALICIA GARCIA
---

1. My name is Alicia Garcia. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2. I am an adult law-abiding citizen of Colorado and the United States. I am affected by HB23-1219's unconstitutional burden on the Second Amendment rights of law-abiding citizens who purchase firearms. I have a present intention and desire to lawfully purchase a firearm for lawful purposes, including self-defense in my home, and I desire to do so without arbitrary, unnecessary, burdensome and useless delays. I am or soon will be precluded from purchasing a firearm without arbitrary, unnecessary, burdensome and useless delays by HB23-1219.

I, Alicia Garcia, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

_____
Alicia Garcia
Date: June 2, 2023