IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-1076-PRB-NRN

ROCKY MOUNTAIN GUN OWNERS, and
ALICIA GARCIA,

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

    Defendant.

---

**UNOPPOSED MOTION TO VACATE SCHEDULING CONFERENCE**

---

Plaintiffs respectfully move the Court to vacate the scheduling conference currently set for July 27, 2023. As grounds for this motion, they state:

1. The action was filed on April 28, 2023.

2. On May 1, 2023, the Court entered an order regarding preparation of the scheduling order and setting a scheduling conference for July 27, 2023.

3. On June 6, 2023, Plaintiffs moved for a preliminary injunction.

4. On June 8, 2023, the Court set a briefing schedule in which it ordered Defendant to respond to the motion for preliminary injunction by June 29, 2023, and allowed Plaintiff to file a reply by July 13, 2023.

5. Since June 8, 2023, the parties have focused their efforts on briefing the preliminary injunction.

1

6. The parties respectfully suggest that the most efficient use of their and the Court's resources would be to wait until the preliminary injunction is resolved before entering a scheduling order and commencing discovery.

7. In addition, Defendant's counsel has informed the undersigned that members of the defense team will be out of the state between July 20 and July 29 on previously scheduled vacations.

8. The interests of justice will be served by granting the requested relief, no party will be prejudiced, and this motion is unopposed.

WHEREFORE, Plaintiffs respectfully move the Court to vacate the scheduling conference presently set for July 27, 2023.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
(303) 205-7870
Email:  barry@arringtonpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington