IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01076-PAB-NRN

ROCKY MOUNTAIN GUN OWNERS, and
ALICIA GARCIA,

Plaintiff,

v.

JARED S. POLIS, in his official capacity as the Governor of the State of Colorado,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the Unopposed Motion to Vacate Scheduling Conference (Dkt. #19) is GRANTED. The Scheduling Conference set on July 27, 2023 at 2:00 p.m. is VACATED.

The parties are directed to jointly contact Chambers (303-335-2403) within 5 days after Judge Brimmer holds a hearing on the Motion for Preliminary Injunction (Dkt. #19) or issues a written decision, which ever occurs first, to reset the Scheduling Conference.

Date: July 10, 2023