## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-1076-PAB-NRN

ROCKY MOUNTAIN GUN OWNERS, and
ALICIA GARCIA,

       Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

       Defendant.

## NOTICE OF THREE RELATED CASES

This case is related to a similarly captioned case, *Rocky Mountain Gun Owners, et al. v. Polis*, No. 22-cv-1077-PAB, that was recently reassigned from Judge Kane to Chief Judge Brimmer based on the pendency of this earlier-filed case that is also pending before Chief Judge Brimmer. *See* Doc. 24, No. 23-cv-1077 (Order of Transfer). The Order of Transfer in No. 23-cv-1077 noted that two of the parties are the same and that both cases involve common questions of fact and/or law. Plaintiffs' counsel is also the same between the two cases.

Based on the Order of Transfer, as well as D.C.Colo.LCivR 3.2, the Governor gives notice of a third related case, *Gates, et al. v. Polis*, No. 22-cv-1866-GPG-SKC. *Gates* is related to Nos. 23-cv-1076 and 1077 because it involves a common defendant (the Governor) and all three cases involve common questions of law and/or fact under the Second Amendment following the Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022). All three cases were also filed by the same plaintiff's counsel. It is also believed that one of the *Gates* plaintiffs, the National Foundation for Gun Rights, Inc., is

related to Rocky Mountain Gun Owners, the organizational plaintiff in both Nos. 23-cv-1076 and

1077.

Respectfully submitted this 10th day of July, 2023.

PHILIP J. WEISER
Attorney General

*/s/ Grant T. Sullivan*

*Grant T. Sullivan*, Assistant Solicitor General
*Michael T. Kotlarczyk*, Senior Assistant Attorney General
*Matthew J. Worthington*, Assistant Attorney General
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6349
Email: grant.sullivan@coag.gov;
mike.kotlarczyk@coag.gov; matt.worthington@coag.gov

*Attorneys for Defendant Jared Polis*
*Counsel of Record

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 10, 2023, I served a true and complete copy of the foregoing **NOTICE OF THREE RELATED CASES,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Blvd
Wheat Ridge, CO 80033
barry@arringtonpc.com

*/s/ Carmen Van Pelt*

3