IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-1076-PAB-NRN

ROCKY MOUNTAIN GUN OWNERS, and
ALICIA GARCIA,

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

      Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

      Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Plaintiffs hereby give notice of voluntary dismissal. Pursuant to Fed.R.Civ.P. 41(a)(1)(B), this dismissal is **without prejudice**.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice: (303) 205-7870
Email: barry@arringtonpc.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 10, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington

1